JAMES L. JACOBS (SBN 158277)
KATHRYN C. CURRY (SBN 157099)
GCA LAW PARTNERS LLP
1891 Landings Drive
Mountain View, CA  94043
Telephone:   (650) 428-3900
Facsimile:    (650) 428-3901
Email:          jjacobs@gcalaw.com
                    kcurry@gcalaw.com

Attorneys for Defendants,
CALLVINE, INC. and EDWARD R. PRINCE
erroneously sued herein as RUDY PRINCE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TIMOTHY GENS,<br><br>            Plaintiff,<br><br>    v.<br><br>VELLO CORPORATION; CALLVINE, INC. and RUDY PRINCE,<br><br>            Defendants. | **CASE NO.  5:10-cv-03220-PVT**<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS TO FILE THEIR OPPOSITION TO PLAINTIFF'S MOTION FOR REMAND**<br><br>Date:      September 28, 2010<br>Dept.:     5, 4th Floor<br>Time:     10:00 a.m. |

WHEREAS, Plaintiff Timothy Gens has noticed his Motion for Remand to be heard on September 28, 2010 before this Court;

WHEREAS, a dispute exists between Plaintiff Timothy Gens, on the one hand, and Defendants Callvine, Inc. and Edward R. Prince, on the other hand, regarding whether or not Plaintiff's Motion For Remand and supporting papers were timely filed and served to permit a September 28, 2010 hearing date under the Local Rules of this Court;

WHEREAS, in order to avoid the filing by Defendants of a motion for administrative

relief pursuant to Civil L.R. 7-11 seeking to continue the hearing date so that Defendants have more time to prepare and file their opposition to the Motion For Remand, Plaintiff has proposed modifying the briefing schedule to provide Defendants with additional time to prepare and file their opposition papers;

THEREFORE, IT IS HEREBY STIPULATED BY AND BETWEEN TIMOTHY GENS AND DEFENDANTS' ATTORNEYS' OF RECORD AS FOLLOWS:

1. If Plaintiff's Motion for Remand remains on the Court's calendar for hearing on September 28, 2010, then Defendants Callvine, Inc. and Edward R. Prince shall have up to and including September 10, 2010 to file their opposition to Plaintiff's Motion for Remand. By agreeing to this stipulation, Defendants are not waiving any objections whatsoever (whether procedural or substantive) that they may have to the Motion for Remand.

2. Plaintiff's reply brief shall be filed no later than September 14, 2010.

3. The requested time modification will not affect any other dates presently scheduled for this case, and neither party has previously sought any modification to the briefing schedule on Plaintiff's Motion for Remand.

DATED: September 2, 2010

By: ___/s/ Timothy H. Gens_____
    Plaintiff, Timothy H. Gens
    In Pro Per

DATED: September 2, 2010    GCA LAW PARTNERS LLP

By: ___/s/ James L. Jacobs_____
    James L. Jacobs
    Kathryn C. Curry
Attorneys for Defendant
CALLVINE, INC. and EDWARD R. PRINCE

/ /

/ /

/ /

**ORDER**

IT IS SO ORDERED.  Defendants Callvine, Inc. and Edward R. Prince shall have up to and including <u>September 10, 2010</u> to file their opposition to Plaintiff's Motion for Remand. Plaintiff's reply brief shall be filed no later than <u>September 14, 2010</u>.

Date:  ___*9/3/10*___

_____
Magistrate Patricia V. Trumbull