UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TIMOTHY GENS,  )<br>          Plaintiff,  )<br>     v.  )<br>          )<br>VELLO CORPORATION, et al.,  )<br>          )<br>          Defendants.  )<br>_____ ) | Case No.: C 10-3220 PVT<br><br>**ORDER SETTING DEADLINE FOR PARTIES TO FILE EITHER A "CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE," OR ELSE A "DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT"** |

On August 19, 2010, plaintiff Timothy Gens moved to remand the above-captioned action. In addition, plaintiff moved for sanctions pursuant to Rule 11. Fed. R. Civ. P. 11. This case has been assigned to a Magistrate Judge. Before the court takes any action on the motion to remand and the motion for sanctions, the court must determine whether or not all of the parties who have appeared consent to Magistrate Judge jurisdiction, or whether any of the parties request reassignment to a District Judge. Therefore,

IT IS HEREBY ORDERED that no later than September 27, 2010, each party who has not already done so shall file either a "Consent to Proceed Before a United States Magistrate Judge," or else a "Declination to Proceed Before a United States Magistrate Judge and Request for Reassignment." Both forms are available from the clerk of the court, or from the Forms (Civil) section of the court's

1  website at www.cand.uscourts.gov.

2  IT IS FURTHER ORDERED that the hearing on plaintiff Gens's two motions is continued to

3  October 19, 2010 at 10AM.

4  Dated:   September 20, 2010

*Patricia V. Trumbull*
PATRICIA V. TRUMBULL
United States Magistrate Judge