UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TIMOTHY GENS,<br><br>          Plaintiff,<br>  v.<br><br>VELLO CORPORATION, et al.,<br><br>          Defendants. | Case No.: C 10-3220 PVT<br><br>**ORDER TO STRIKING CONSENT TO MAGISTRATE JUDGE JURISDICTION PURPORTEDLY FILED ON BEHALF OF DEFENDANT VELLO; AND**<br><br>**ORDER EXTENDING AND CONTINUING DATES** |

On October 5, 2010, this court issued an order to show cause why the "Consent to Proceed Before a United States Magistrate Judge" that Plaintiff purportedly filed on behalf of Defendant Vello Corporation ("Vello") should not be stricken. Plaintiff Timothy Gens filed a response on October 12, 2010. No other party filed any response. Based on Plaintiff's response and the file herein,

IT IS HEREBY ORDERED that the "Consent to Proceed Before a United States Magistrate Judge" which was signed and filed by Plaintiff purportedly on behalf of Defendant Vello (docket no. 30) is STRICKEN from the record. As a corporation, Defendant Vello "may appear only through a member of the bar of this Court." *See* CIVIL L.R. 3-9(b). Plaintiff cites no authority for his contention that a "Consent to Proceed Before a United States Magistrate Judge" does not constitute an appearance by a party. In order to either consent or decline to proceed before a Magistrate Judge,

ORDER, *page 1*

1  Defendant Vello must file a document properly signed and filed by a member of the bar of this court
2  pursuant to Local Rule 3-9(b).[1]
3      IT IS FURTHER ORDERED that the deadline for Defendant Vello to file either a "Consent
4  to Proceed Before a United States Magistrate Judge," or else a "Declination to Proceed Before a
5  United States Magistrate Judge and Request for Reassignment" is extended to November 2, 2010.[2]
6  Plaintiff shall promptly serve a copy of this order on Defendant Vello by mail to either Defendant
7  Vello's agent for service of process or to any current officer of Defendant Vello other than Plaintiff.
8      IT IS FURTHER ORDERED that the hearing on Plaintiff Gens' motion to remand and his
9  motion for Rule 11 sanctions is CONTINUED to 10:00 a.m. on November 16, 2010.
10     IT IS FURTHER ORDERED that the Case Management Conference in this matter is also
11 CONTINUED to 10:00 a.m. on November 16, 2010.

Dated: *10/21/10*

*Patricia V. Trumbull*
PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1] Regarding Plaintiff's contention that Defendant Vello has waived its conflict of interest with Plaintiff, even if Plaintiff were to file a written waiver properly executed by himself and Defendant Vello the court is not inclined to allow one party to act as counsel for an opposing party in the same litigation.

[2] Defendant Vello is free, of course, not to make any appearance in this action. In that event, the case will need to be reassigned to a District Judge due to the lack of consent of all parties who have been served with the complaint. *Cf., Neals v. Norwood*, 59 F.3d 530, 532 (5th Cir. 1995) (noting that consent of parties who had *not* been served was not necessary for Magistrate Judge jurisdiction).

ORDER, *page 2*