UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TIMOTHY GENS,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>VELLO CORPORATION, et al.,<br><br>　　　　　　Defendants. | Case No.: C 10-3220 PVT<br><br>**ORDER THAT CASE BE REASSIGNED TO A DISTRICT JUDGE** |

On October 22, 2010, this court issued an order striking the erroneous "Consent to Proceed Before a United States Magistrate Judge" that Plaintiff purportedly filed on behalf of Defendant Vello Corporation ("Vello"), and set a deadline of November 2, 2010 for Defendant Vello to file either a "Consent to Proceed Before a United States Magistrate Judge," or else a "Declination to Proceed Before a United States Magistrate Judge and Request for Reassignment." As of the date of this order, Defendant Vello has not filed either form. Therefore,

IT IS HEREBY ORDERED that this case be reassigned to a District Judge for all further proceedings based on the fact not all parties have consented to Magistrate Judge jurisdiction. This order is without prejudice to the parties later consenting to Magistrate Judge jurisdiction.

IT IS FURTHER ORDERED that the hearing on Plaintiff's motion for remand, and the Case Management Conference are VACATED. Plaintiff must renotice his motion on the calendar of the

ORDER, *page 1*

1 | District Judge to whom this case is reassigned.  A new Case Management Conference will be also set
2 | on that judge's calendar.
3 | Dated: *11/10/10*

*Patricia V. Trumbull*
PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 2*